**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01923-RPM

United States of America,

     Plaintiff,

v.

Williams Four Corners, LLC,

     Defendant.

---

**ORDER DENYING MOTION FOR ENTRY OF CONSENT DECREE**

---

On July 18, 2013, the United States of America, filed a Complaint alleging violations of the Clean Air Act seeking civil penalties and injunctive relief against the defendant Williams Four Corners, LLC. The government also filed a Consent Decree and a Notice of Lodging of Consent Decree on the same day. On August 28, 2013, the plaintiff filed an "Unopposed Motion for Entry of Consent Decree", alleging that there has been no public comment in response to the Notice of Lodging of Consent Decree. There has been no entry of appearance of any counsel representing the defendant Williams Four Corners, LLC and there is nothing signatory to the proposed Consent Decree indicating the consent of the defendant to civil penalties and injunctive relief provided in that decree. Because there is no indication of a consent to the Consent Decree, it is

     ORDERED that the Motion for Entry of Consent Decree is denied.

     Dated: August 29th, 2013

                                                            BY THE COURT:

                                                            s/Richard P. Matsch
                                                            _____
                                                            United States District Court Judge