IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01923-RPM

United States of America,

        Plaintiffs,

v.

Williams Four Corners, LLC,

        Defendant.

---

ORDER APPROVING CONSENT DECREE

---

THIS MATTER having come before the Court upon the unopposed motion filed by Williams Four Corners LLC seeking reconsideration of the Court's August 29, 2013 Order and entry of an order approving the Consent Decree between the United States and Williams Four Corners LLC filed with this Court by the United States, and the Court having duly considered the Unopposed Motion by Defendant for Reconsideration of the Court's Order Dated August 29, 2013, the Consent Decree lodged with the Court, and the United States' Unopposed Motion for Entry of Consent Decree, the Court GRANTS Defendant's motion and APPROVES the Consent Decree, which shall be entered as a final judgment.

Dated: ~~September~~ October 22nd, 2013

                                                                _____
                                                                United States District Court Judge