# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01923-RPM

United States of America,

    Plaintiff,

v.

Williams Four Corners, LLC,

    Defendant.

---

## ORDER TERMINATING CONSENT DECREE
---

Pursuant to the Joint Motion to Terminate Consent Decree [Doc. 15], it is

ORDERED that the Consent Decree entered on October 22, 2013, is terminated.

Dated:   January 29, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                Senior United States District Court Judge